THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACQUALINE P. TROTSKY, *as Personal Representative of the Estate of Herman Trotskty*,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY, *et al.*,<br><br>Defendants. | CASE NO. C11-2144-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties' stipulated motion to extend the briefing schedule on their pending motions (Dkt. No. 156) is GRANTED. Plaintiff's motion for summary judgment (Dkt. No. 126) and motion to seal (Dkt. No. 134), and Defendants' motion to bifurcate trial (Dkt. No. 142) and for summary judgment (Dkt. No. 140) are administratively TERMINATED subject to re-noting at the request of either party. This action does not affect the rights of either party to have the Court consider the motions as filed upon request.

The parties are directed to file either a stipulated motion to dismiss or joint status report explaining their failure to do so no later than August 19, 2013. If no stipulated dismissal is filed

MINUTE ORDER, C11-2144-JCC
PAGE - 1

and the parties wish for the Court to consider the currently pending motions, they shall request in their joint status report that the Court re-note said motions in accordance with the briefing dates to which the parties have stipulated in the instant motion. (Dkt. No. 156.) Lastly, the deadline established by the Court's June 12, 2013 Minute Order (Dkt. No. 155) to submit certain disputed documents to the Court for *in camera* review is extended to August 19, 2013, should the parties be unable to fully memorialize their settlement agreement before that time.

DATED this 10th day of July 2013.

William M. McCool
Clerk of Court

s/Tim Farrell
Deputy Clerk